# UNITED STATES DISTRICT COURT
for the District of Vermont

2023 DEC 15 PM 4: 33

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

Fax (202) 485-6496
Email: CA-PPT-CourtOrders@state.gov

**FROM:** United States District Court
District of Vermont
P.O. Box 432
Burlington, VT 05402

☒ **Original Notice**
Date: 12/15/2023
By: Deputy Chief USPO Parish Gibson

☐ **Notice of Disposition**
Date: Enter Disposition Date.
By: Enter Who Submitted Notice.

Defendant: Siena Leang
Date of Birth: REDACTED/2003
SSN: REDACTED

Case Number: 2:23-cr-107
Place of Birth: Burlington, Vermont

**Notice of Court Order** (Order Date: 10/18/2023 )

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☐ The above-named defendant surrendered passport number _____ and/or passport card number _____ to the custody of the U.S. District Court on _____.

### NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court